**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PAUL LERMAN,** | ) | **CASE NO. 1:09CV2485** |
| **TRUSTEE/ASSIGNOR, OF THAT** | ) | |
| **CERTAIN TRUST AGREEMENT** | ) | |
| **AND ASSIGNMENT FOR THE** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **BENEFIT OF CREDITORS OF** | ) | |
| **A. LOPRESTI & SONS, INC.** | ) | |
| **DATED April 13, 2009** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| **SERVICETIME COMPANY, LLC** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Nancy A. Vecchiarelli. The case was referred to the Magistrate Judge for General Pretrial Supervision on October 23, 2009.

The Trustee and Defendant have reached a settlement of the Claims. The Trustee intends to seek approval of the Settlement from the Probate Court. In the status report, the Trustee requests the case be stayed until the Probate Court either approves or disapproves the Settlement. This Court agrees with the Magistrate Judge's recommendation and orders the case be perpetually stayed and removed from the

1

Court's active docket, subject to reopening upon motion of any party.

IT IS SO ORDERED.

Date:12/16/2009

s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge